UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

CHARLOTTE B. COOK &
FREDERICK B. COOK,

                  Plaintiffs,

    v.                                            7:09-CV-798 (ATB)

J.C. PENNEY CORPORATION, INC.

                  Defendant.

_____

JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

    The Court has been advised by the parties in the above-captioned case that the case has been settled. Counsel has also advised the Court that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

    ORDERED, as follows:

    1)  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within sixty days of the date of the filing of this order upon a showing that the settlement was not consummated;

    2)  The dismissal of the above captioned case shall become **with prejudice** on the sixty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within sixty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this judgment upon counsel in this matter by electronic means.

Dated: March 29, 2012

_____
Hon. Andrew T. Baxter
U.S. Magistrate Judge